**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 29, 2025
Docket #: 24-2275
Short Title: Minott v. Google LLC

DC Docket #: 1:24-cv-1674
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Margaret M. Garnett

## BILL OF COSTS INSTRUCTIONS

The requirements for filing a bill of costs are set forth in FRAP 39. A form for filing a bill of costs is on the Court's website.

The bill of costs must:
*  be filed within 14 days after the entry of judgment;
*  be verified;
*  be served on all adversaries;
*  not include charges for postage, delivery, service, overtime and the filers edits;
*  identify the number of copies which comprise the printer's unit;
*  include the printer's bills, which must state the minimum charge per printer's unit for a page, a cover, foot lines by the line, and an index and table of cases by the page;
*  state only the number of necessary copies inserted in enclosed form;
*  state actual costs at rates not higher than those generally charged for printing services in New York, New York; excessive charges are subject to reduction;
*  be filed via CM/ECF or if counsel is exempted with the original and two copies.